**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | J.N.D. Thomas Company, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 94-2860032 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2117 S. Crenshaw Court**<br>**Visalia, CA 93277**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Tulare**<br>County | Location of principal assets, if different from principal place of business<br>**California**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.JNDThomas.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **J.N.D. Thomas Company, Inc.**      Case number (*if known*) _____
<br>Name

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    2379

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | _____ | _____ |
| District | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | Relationship | |
|---|---|---|---|---|
| Debtor | **Dennis and Julie Thomas** | | Relationship | **Shareholders** |
| District | **Eastern District of California** | When **4/19/19** | Case number, if known | **19-11392** |

Debtor      **J.N.D. Thomas Company, Inc.**                      Case number (*if known*) _____
        Name

| | |
|---|---|
| **11. Why is the case filed in this district?** | Check all that apply: |

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

  ■ No

  ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                 Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | J.N.D. Thomas Company, Inc. | | Case number (if known) | |
| | Name | | | |

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3/26/2020___
MM / DD / YYYY

X _____          Dennis Anthony Thomas
Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

X _____          Date _3/30/20_
Signature of attorney for debtor          MM / DD / YYYY

**Riley C. Walter 91839**
Printed name

**Wanger Jones Helsley**
Firm name

**265 E. River Park Circle, Ste. 310**
**Fresno, CA 93720-1563**
Number, Street, City, State & ZIP Code

Contact phone    **(559) 233-4800**          Email address    **rwalter@wjhattorneys.com**

**91839 CA**
Bar number and State

## CERTIFICATE OF CORPORATE RESOLUTION
## AUTHORIZING COMMENCEMENT OF CHAPTER 7 CASE

I, Dennis Thomas, the undersigned, President of J.N.D Thomas, Inc., hereby certify and declare under penalty of perjury that the following is a true and correct excerpt from the official records of said corporation, truly and correctly reflecting the matters transacted by the said corporation at a special meeting duly called and held on February___, 2020.

"WHEREAS, from the information presented it appears that the corporation is no longer able to pay or meet its debts and obligations as they become due, that the corporation qualifies as a debtor under Chapter 7 of the United States Bankruptcy Code, and that it is in the best interest of the corporation to file a petition under Chapter 7; therefore;

IT WAS UNANIMOUSLY RESOLVED, that the corporation should file a petition under Chapter 7 of the United States Bankruptcy Code.

IT WAS FURTHER RESOLVED that Wanger Jones Helsley PC be retained to represent the corporation on all matters related to the Chapter 7 case, including the filing of the petition and initial pleadings.

IT WAS FURTHER RESOLVED that Dennis Thomas, President, be authorized and directed to execute any and all petitions, statements, schedules, plans, and other necessary documents in the Chapter 7 case on behalf of the corporation.

The foregoing matters transacted and approved on behalf of the corporation at a special meeting duly called and held on the 20 day of March, 2020."

Certified this 20 day of March, 2020, by

Dennis Thomas, President
J.N.D Thomas, Inc.

**Fill in this information to identify the case:**

Debtor name    **J.N.D. Thomas Company, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/26/70      X _____
                                   Signature of individual signing on behalf of debtor

                                   **Dennis Anthony Thomas**
                                   Printed name

                                   **President**
                                   Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **J.N.D. Thomas Company, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................    $      0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................    $      0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................    $      0.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $      0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $      2,201,202.55

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................    +$      10,633,065.50

4. **Total liabilities** ....................................................................................
Lines 2 + 3a + 3b    $      12,834,268.05

**Fill in this information to identify the case:**

Debtor name    J.N.D. Thomas Company, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    __J.N.D. Thomas Company, Inc._____    Case number *(If known)* _____
          Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **J.N.D. Thomas Company, Inc.**_____        Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name __J.N.D. Thomas Company, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

 ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

 ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **J.N.D. Thomas Company, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Alabama Department of Revenue**<br>**50 North Ripley Street**<br>**Montgomery, AL 36132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | |
| | Date or dates debt was incurred<br>**Prior to 2018** | Basis for the claim:<br>**For Notice Purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**California Attorney General**<br>**P.O. Box 944255**<br>**Sacramento, CA 94255** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | |
| | Date or dates debt was incurred<br>**Prior to 2018** | Basis for the claim:<br>**For Notice Purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | J.N.D. Thomas Company, Inc. | Case number (if known) | |
|--------|------------------------------|------------------------|--|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|-----|-----------------------------------------------|-----------------------------------------------|-------|
| | **California State Board of Equalization**<br>P.O. Box 942879 MIC: 29<br>Sacramento, CA 94279-0029 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>**Prior to 2018** | Basis for the claim:<br>**For Notice Purposes** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.55 |
|-----|-----------------------------------------------|-----------------------------------------------|---------|
| | **Department of the Treasury**<br>**Bureau of the Fiscal Service**<br>PO Box 1686<br>Birmingham, AL 35201-1686 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>**Prior to 2018** | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|-----|-----------------------------------------------|-----------------------------------------------|-------|
| | **Employment Development Department**<br>**Bankruptcy/Special Procedures Group**<br>P.O. Box 826880 MIC 92E<br>Sacramento, CA 94280-0001 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>**Prior to 2018** | Basis for the claim:<br>**For Notice Purposes** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|-----|-----------------------------------------------|-----------------------------------------------|-------|
| | **Florida Department of Revenue**<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399-0100 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>**Prior to 2018** | Basis for the claim:<br>**For Notice Purposes** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | |

| Debtor | J.N.D. Thomas Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,567.00 |
|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Unit - G11**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Prior to 2018**

Basis for the claim:
**Vehicle Registration Collections**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Georgia Department of Revenue**
**1800 Century Blvd., NE**
**Atlanta, GA 30345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Prior to 2018**

Basis for the claim:
**For Notice Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Prior to 2018**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,120,440.00 |
|---|---|---|---|

**Kings County Assessor-Clerk**
**1400 West Lacey Blvd.**
**Hanford, CA 93230-5905**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Prior to 2018**

Basis for the claim:
**Agricultural Property Taxes Audit 2011-2015**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | J.N.D. Thomas Company, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,089.00 |
|---|---|---|---|

**Kings County Tax Collector**
**1400 W. Lacey Blvd., Bldg. #7**
**Hanford, CA 93230-5997**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Prior to 2018**

Basis for the claim:
**Personal Property Taxes on Equipment**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70,963.00 |
|---|---|---|---|

**Kings County Tax Collector**
**1400 W. Lacey Blvd., Bldg. #7**
**Hanford, CA 93230-5997**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Prior to 2018**

Basis for the claim:
**Unsecured Property Taxes - 2015 and 2016**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**New York State Department**
**of Taxation and Finance**
**OPTS Corporation Tax Acct.**
**Resolution**
**WA Harriman Campus**
**Albany, NY 12227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Prior to 2018**

Basis for the claim:
**For Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Oregon Secretary of State**
**Corporation Division**
**255 Capitol Street NE, Ste. 151**
**Salem, OR 97310-1327**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Prior to 2018**

Basis for the claim:
**For Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | J.N.D. Thomas Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.15** | Priority creditor's name and mailing address

**Securities & Exchange Commission**
**Attn: Bankruptcy Counsel**
**444 South Flower Street, Ste. 900**
**Los Angeles, CA 90071-9591**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date or dates debt was incurred
**Prior to 2018**

Basis for the claim:
**For Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.16** | Priority creditor's name and mailing address

**State of South Carolina**
**Department of Revenue**
**300A Outlet Pointe Blvd.**
**PO Box 125**
**Columbia, SC 29214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date or dates debt was incurred
**Prior to 2018**

Basis for the claim:
**For Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.17** | Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**
**PO Box 13528, Capital Station**
**Austin, TX 78711-3528**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date or dates debt was incurred
**Prior to 2018**

Basis for the claim:
**For Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.18** | Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**
**Franchise Tax Section**
**PO Box 149348**
**Austin, TX 78714-9348**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date or dates debt was incurred
**Prior to 2018**

Basis for the claim:
**For Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor   **J.N.D. Thomas Company, Inc.**                          Case number (if known) _____
                   Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

| 2.19 | Priority creditor's name and mailing address |
|---|---|

**United States Attorney
(IRS Division)
2500 Tulare Street, Suite 4401
Fresno, CA 93721**

As of the petition filing date, the claim is:                 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Prior to 2018**

Basis for the claim:
**For Notice Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address |
|---|---|

**United States Attorney
(SBA Division)
2500 Tulare Street, Suite 4401
Fresno, CA 93721**

As of the petition filing date, the claim is:                 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Prior to 2018**

Basis for the claim:
**For Notice Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address |
|---|---|

**United States Department of
Justice
Civil Trial Section, Western Region
Box 683, Ben Franklin Station
Washington, DC 20044**

As of the petition filing date, the claim is:                 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Prior to 2018**

Basis for the claim:
**For Notice Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address |
|---|---|

**A-OK Portables
PO Box 576847
Modesto, CA 95357**

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $1,264.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address |
|---|---|

**A1 Portables
17491 Lilac St.
Hesperia, CA 92345**

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $2,194.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **J.N.D. Thomas Company, Inc.**
         Name

Case number (if known) _____

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $857.00 |
|---|---|---|---|

**Abatix Corp**
PO Box 671202
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABC Amega, Inc.**
500 Seneca Street, Ste. 400
Buffalo, NY 14204-1963

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim: **Collecting for Grainger, Inc.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $983.95 |
|---|---|---|---|

**ACF Equipment**
PO Box 758763
Baltimore, MD 21275-8763

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Acton Mobile**
PO Box 758689
Baltimore, MD 21275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,021.00 |
|---|---|---|---|

**Adler Tank Rentals**
PO Box 45081
San Francisco, CA 94145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,497.00 |
|---|---|---|---|

**ADP, LLC**
5717 N. West Ave., Ste. 101
Fresno, CA 93711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.00 |
|---|---|---|---|

**Adventist Health Physician Network**
PO Box 2087
Hanford, CA 93232-2087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | J.N.D. Thomas Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.10** Nonpriority creditor's name and mailing address
Ag Adjustments, LTD
PO Box 9090
Melville, NY 11747

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Collecting for TBC Retail Group dba Tire Kingdom__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
Agros
PO Box 660367
Dallas, TX 75266

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            $69,201.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address
AHERN Rentals
1401 Mineral Ave.
Las Vegas, NV 89106

Date(s) debt was incurred **Prior to 2018; UCC-1 filed 1/17/17**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Additional address__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address
AHERN Rentals, Inc.
PO Box 271390
Las Vegas, NV 89127-1390

Date(s) debt was incurred **Prior to 2018; UCC-1 filed 1/14/17**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*           $134,329.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address
Alan L. Brodkin & Associates
15500 B Rockfield Blvd.
Irvine, CA 92618

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Collecting for Alfa Laval, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address
Alfa Laval, Inc.
PO Box 123227
Dallas, TX 75312

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            $11,893.71
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address
Allen & Gooch
2000 Kaliste Saloom Rd., Ste. 400
Lafayette, LA 70508

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Attorneys for DEL Corporation__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **J.N.D. Thomas Company, Inc.**                     Case number (if known) _____
          Name

| | |
|---|---|
| **3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$232,017.00** |

**3.17** Nonpriority creditor's name and mailing address

**Alliance Funding**
3745 W. Chapman Ave., Ste. 200
Orange, CA 92868

Date(s) debt was incurred _Prior to 2018_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$232,017.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

**Alliance One Receivables Management**
4850 Street Road, Ste. 300
fka Darwin National Insurance Company
Feasterville Trevose, PA 19053

Date(s) debt was incurred _Prior to 2018_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Collecting for Florida Department of Revenue_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

**Allied World Insurance Company**
United Plaza
30 South 17th Street, 16th Floor
Philadelphia, PA 19103

Date(s) debt was incurred _Prior to 2018; UCC-1 filed 9/25/15_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,000,000.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

**Allied World Insurance Plaza**
AVP, North American Claims Group
James A. Keating, Esq.
30 South 17th Street, 16th Floor
Philadelphia, PA 19103

Date(s) debt was incurred _Prior to 2018_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Attorneys for Allied World Insurance Group_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

**Allied World Specialty Insurance Company**
fka Darwin National Assurance Company
30 S. 17th Street, Ste. 810
Philadelphia, PA 19103

Date(s) debt was incurred _Prior to 2018; UCC-1 field 3/9/16_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Performance Bond - Judgment_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

**Allied World Specialty Insurance Company**
160 Federal Street, 6th Floor
Boston, MA 02110

Date(s) debt was incurred _Prior to 2018; UCC-1 filed 3/9/16_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Additional address - for notice purposes_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

**Amanda L. Marutzky, Esq.**
WTHF, LLP
2040 Main street, Suite 300
Irvine, CA 92614

Date(s) debt was incurred _Prior to 2018_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Attorneys for Allied World Specialty Ins._

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **J.N.D. Thomas Company, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Amber Chemical**
**Dennis Delamore**
**40 Red Rock, Ste. 200**
**Irvine, CA 92604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

**Basis for the claim:  See Dennis Delamore**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,801.00 |

**American Boom & Barrier Corp.**
**151 Center Street, Ste. 101**
**Cape Canaveral, FL 32920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

**Basis for the claim: __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,114.00 |

**Andreini & Company**
**220 W. Twentieth Ave.**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

**Basis for the claim: __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $404.00 |

**Anglen Crane, Inc.**
**1304 N. Pocola Blvd.**
**Pocola, OK 74902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

**Basis for the claim: __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,922.00 |

**Aramark**
**PO Box 101363**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

**Basis for the claim: __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,281.95 |

**Arctic Glacier USA, Inc.**
**1654 Marthaler Lane**
**Saint Paul, MN 55118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

**Basis for the claim: __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $98,015.00 |

**Argos Ready Mix, LLC**
**Argos USA**
**PO Box 733134**
**Dallas, TX 75373-3134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

**Basis for the claim:  Lawsuit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    <u>J.N.D. Thomas Company, Inc.</u>        Case number (if known) _____
       Name

| | |
|---|---|
| **3.31**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |
| **ARSI**<br>**555 St. Charles Drive, Ste. 100**<br>**Thousand Oaks, CA 91360** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred <u>**Prior to 2018**</u> | Basis for the claim: <u>**Collecting for Office Depot / Citibank and Staples /**</u><br><u>**Citibank**</u> |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.32**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |
| **Arthur J. Gallagher & Co.**<br>**Insurance Brokers of California, Inc.**<br>**45 E. River Park Place West #408**<br>**Fresno, CA 93720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred <u>**Prior to 2018**</u> | Basis for the claim: <u>**For Notice Purposes**</u> |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.33**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |
| **Ascentium Capital**<br>**23970 Hwy. 59N**<br>**Kingwood, TX 77339-1535** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred <u>**Prior to 2018**</u> | Basis for the claim: <u>**Voluntary Return of 2014 Belt Press #1 (Ascentium**</u><br><u>**Capital)**</u> |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.34**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |
| **Ascentium Capital**<br>**PO Box 301593**<br>**Dallas, TX 75303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred <u>**Prior to 2018**</u> | Basis for the claim: <u>**Additional address**</u> |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.35**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$655.60** |
| **AT&T**<br>**PO Box 6463**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred <u>**Prior to 2018**</u> | Basis for the claim: _ |
| Last 4 digits of account number <u>**5122**</u> | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.36**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$121.83** |
| **AT&T**<br>**PO Box 6463**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred <u>**Prior to 2018**</u> | Basis for the claim: _ |
| Last 4 digits of account number <u>**2400**</u> | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.37**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |
| **Atwell Curtis & Brooks**<br>**204 Stonehenge Lane**<br>**PO Box 363**<br>**Carle Place, NY 11514-0363** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred <u>**Prior to 2018**</u> | Basis for the claim: <u>**Collecting for Thames Captial Solutions**</u> |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | J.N.D. Thomas Company, Inc. | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Avadanian & Associates, LLC**
281 Young Harris St.
Ste. D PMB 273
Blairsville, GA 30512-3776

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Collecting for ADP**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Axis Capital, Inc.**
308 N. Locust St., Ste. 100
Grand Island, NE 68801

Date(s) debt was incurred **Prior to 2018; UCC-1 filed 9/30/14**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$264.00** |
| --- | --- | --- | --- |

**B&C Construction**
4849 Caldwell Mill Lane
Birmingham, AL 35242

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$304.00** |
| --- | --- | --- | --- |

**B&N Trucking**
1027 Bacon Rd.
Hinesville, GA 31313

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,344.00** |
| --- | --- | --- | --- |

**Bakersfield Pipe & Supply**
PO Box 24101
Cleveland, OH 44124

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,880.00** |
| --- | --- | --- | --- |

**Balch & Bingham, LLC**
PO Box 306
Birmingham, AL 35201

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Civil Attorneys for Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$149,066.00** |
| --- | --- | --- | --- |

**Bank of America**
PO Box 15796
Wilmington, DE 19886

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J.N.D. Thomas Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78.00**

Bennett & Bennett
dba Bennett Water Systems
955 S. Commerce Way
Lemoore, CA 93245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to 2018

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Berkley Insurance Company
c/o Steven A. Booska
PO Box 2169
Oakland, CA 94621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to 2018; UCC-1
filed 5/18/18

**Basis for the claim:** For notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Berkley Specialty Underwriting
Office of Corporate Counsel
2 Ravina Dr. #1100
Atlanta, GA 30346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to 2018

**Basis for the claim:** Additional Notice - Re RDO Equipment Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,136.00**

Berkley Specialty Underwriting Managers
101 Hudson Street, STe. 1700
Jersey City, NJ 07302

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  Prior to 2018

**Basis for the claim:** Regarding Nautilus Insurance Company - RDO Equipment Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Bibler Masonry Contractors, Inc.
5100 Old Ellis Point, # 100
Roswell, GA 30076

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  Prior to 2018

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,766.00**

Big O Tires
PO Box 742647
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to 2018

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,456.00**

Billingsley Tire, Inc.
PO Box 577
Lemoore, CA 93245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to 2018

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J.N.D. Thomas Company, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82.00** |
|---|---|---|---|

**Blu-John of Savanna, Inc.**
257 Castleberry Industrial Dr.
Cumming, GA 30040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$834.64** |
|---|---|---|---|

**Booth Machinery, Inc.**
6565 30th Street
Yuma, AZ 85365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Brad's Hanford Smog-N-Tune, Inc.**
435 West 6th Street
Hanford, CA 93230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$282.00** |
|---|---|---|---|

**BrookWood Occupational Health Clinic**
4760 Eastern Valley Rd. #102
Mc Calla, AL 35111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,080.00** |
|---|---|---|---|

**Bulldog Ticket Office**
1600 E. Bulldog Lane
Fresno, CA 93740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Busch, Reed & Jones, PC**
639 Whitlock Ave.
Marietta, GA 30064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: **Attorneys for Argo Ready Mix, LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**C2C Resources, LLC**
56 Perimeter Center East
Atlanta, GA 30346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: **Collecting for Stanton Office Machine Co.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **J.N.D. Thomas Company, Inc.**                          Case number (if known) _____
          Name

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $705,502.00 |

**3.59**
**Nonpriority creditor's name and mailing address**
**Caddell Construction Co., LLC**
**2700 Lagoon Park Drive**
**Montgomery, AL 36109-1100**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Subcontractor Agreements**

Is the claim subject to offset? ☒ No ☐ Yes

**$705,502.00**

---

**3.60**
**Nonpriority creditor's name and mailing address**
**Caine & Weiner**
**9931 Corporate Campus Drive #2200**
**Louisville, KY 40223**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collecting for Berkley Specialty Underwriting**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.81**
**Nonpriority creditor's name and mailing address**
**California Contractors**
**State License Board**
**9821 Business Park Dr.**
**Sacramento, CA 95827**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.82**
**Nonpriority creditor's name and mailing address**
**California State Contractors License Boa**
 **License Board**
**9848 Business Park Dr., Ste. H**
**Sacramento, CA 95827**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cancelled Bond**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.63**
**Nonpriority creditor's name and mailing address**
**California State Highway Patrol**
**PO Box 942902**
**Sacramento, CA 94298**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$800.00**

---

**3.64**
**Nonpriority creditor's name and mailing address**
**California State University**
**2771 East Shaw Ave.**
**Fresno, CA 93710**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$2,000.00**

---

**3.65**
**Nonpriority creditor's name and mailing address**
**California Water Boards Central Valley R**
**PO Box 100**
**Sacramento, CA 95812**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **In re to California Water Boards Central Valley Regional Water Quality Control Board/ Leprino**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

Debtor   **J.N.D. Thomas Company, Inc.**                    Case number (if known) _____

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,724.26 |

**Capital One**
**Payment Processing**
P.O. Box 71083
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number  **3715**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Carmel Partners, Inc.**
1000 Sansome Steret, Ste. 180
San Francisco, CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim:  **Residential Lease Agreements (canceled)**

Last 4 digits of account number  ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Carothers Construction, Inc.**
PO Box 189
Taylor, MS 38673

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim:  **Subcontractor Agreement (defendant in lawsuit brought by Allied World Specialty Insurance US District Court, Southern District of Georgia)(Debtor is not a party to the lawsuit)**

Last 4 digits of account number  ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,723.00 |

**Carson Auto Parts**
518 E. Sepulveda Blvd.
Carson, CA 90745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number  ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,120.00 |

**Cashman Equipment**
3300 St. Rose Pkwy.
Henderson, NV 89002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number  ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,461.00 |

**Cast Stone Systems, Inc.**
532 N. Main Street
Warrenton, NC 27589

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number  ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**CCG Continental Commercial Group**
317 S. Brand Blvd.
Glendale, CA 91204-1701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim:  **Collecting for Frontier Performance Lubricant and Pape Machinery**

Last 4 digits of account number  ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   __J.N.D. Thomas Company, Inc._____     Case number (if known) _____
                Name

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $363.00 |

**3.73**

Nonpriority creditor's name and mailing address
**Central Supply Co.**
PO Box 1085
Fresno, CA 93714

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$363.00**

---

**3.74**

Nonpriority creditor's name and mailing address
**Central Valley Comp Care, Inc.**
869 W. Lacey Blvd.
Hanford, CA 93230

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$544.00**

---

**3.75**

Nonpriority creditor's name and mailing address
**Charter Communications**
PO Box 742616
Cincinnati, OH 45274

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,024.00**

---

**3.76**

Nonpriority creditor's name and mailing address
**Charter Machine Company**
55 Wester Ave.
Metuchen, NJ 08840

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Regarding leased belt press(es)__

Is the claim subject to offset? ■ No ☐ Yes

**$585,000.00**

---

**3.77**

Nonpriority creditor's name and mailing address
**Cherokee Pumping, Inc.**
PO Box 489
Hampton, GA 30228

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$47,971.00**

---

**3.78**

Nonpriority creditor's name and mailing address
**Citi Cards AAdvantage**
PO Box 6500
Sioux Falls, SD 57117

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$14,439.00**

---

**3.79**

Nonpriority creditor's name and mailing address
**Citizens Business Bank**
7733 N. First Street
Fresno, CA 93720

Date(s) debt was incurred __Prior to 2018; UCC-1
filed 9/7/15; 9/7/11__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | J.N.D. Thomas Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,333.68**

City of Los Angeles
Office of Finance
PO Box 513996
Los Angeles, CA 90051-3996

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Prior to 2018__
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78,580.00**

CMC Rebar
PO Box 416854
Boston, MA 02241

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __Prior to 2018__
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Coastal Concrete Southeast II, LLC
118 Pipemakers Circle, Suite 100
Pooler, GA 31322

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __Prior to 2018__
Last 4 digits of account number __

Basis for the claim: __For notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Coleman & Horowitt, LLP
499 West Shaw Ave., Ste. 116
Fresno, CA 93704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Prior to 2018__
Last 4 digits of account number __

Basis for the claim: __Attorneys for Ahern Rentals__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Commercial Trade, Inc.
PO Box 10389
Bakersfield, CA 93389-0389

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Prior to 2018__
Last 4 digits of account number __

Basis for the claim: __Assignee of Rain for Rent - Plaintiff in Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Commonwealth of Kentuvky
Department of Revenue
501 High Street
Frankfort, KY 40602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Prior to 2018__
Last 4 digits of account number __

Basis for the claim: __Need to know who they are colkecting for__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750,000.00**

Complete Sitework Services, LLC
PO Box 218
Dublin, GA 31040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Prior to 2018__
Last 4 digits of account number __

Basis for the claim: __Terminated Subcontractor Agreement__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J.N.D. Thomas Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Construction Laborers Trust Funds
for Southern California**
4399 Santa Anita Ave., Ste. 200
El Monte, CA 91731

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

Basis for the claim: **Audit Period of 6/1/14 to 6/30/16
Fringe Benefits/Liquidated Damages/Audit Fees/Interest Charged**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Contractors State License Board**
9821 Business Park Drive
Sacramento, CA 95827

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

Basis for the claim: **For Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Corporation Service Company**
as representative
PO Box 2576
Springfield, IL 62708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018; UCC-1
filed 8/21/14; 7/8/14**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,612.00 |
|---|---|---|---|

**CORT Business Services Corp.**
5432 West Chester Road
West Chester, OH 45069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

Basis for the claim: **Furniture Leases (canceled)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig P. Kennedy & Associates**
19900 MacArthur Blvd., Ste. 1150
Irvine, CA 92612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

Basis for the claim: **For Notice Purposes - Attorneys for Dennis Delamore
and The Amber Group, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |
|---|---|---|---|

**CT Irvine Service Group
National Registered Agents, Inc.**
2875 Michelle, Ste. 100
Irvine, CA 92606-1024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAL, Inc.**
PO Box 162
Clifton Heights, PA 19018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

Basis for the claim: **Collecting for HD Supply Construction Supply, LTD**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **J.N.D. Thomas Company, Inc.**                    Case number (if known) _____
           Name

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Damini, Inc.**
**10504 New Cove Road**
**Alpharetta, GA 30022**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim:  **Regarding Holiday Inn Express**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Darwin National Assurance**
**c/o Mahorsky Group, Inc.**
**2100 Quaker Point Dr.**
**Quakertown, PA 18951**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim:  **Additional address**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |

**Darwin National Assurance Company**
**(Allied World Specialty Insurance Co.)**
**United Plaza**
**30 South 17th Street, Ste. 810**
**Philadelphia, PA 19103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim:  **Bonds**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**De Lage Landen Financial Services**
**1111 Old Eagle School Road**
**Wayne, PA 19087**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Prior to 2018; UCC-1 filed 12/23/14; 9/19/**

Basis for the claim:  **Voluntary Return of 2013 Hyundai Excavator and Vac Truck**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,295.00 |

**Deetto Card Services**
**PO Box 23060**
**Columbus, GA 31902**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim:  **Visa Business Card**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,600.00 |

**DEL Corporation**
**PO Box 61460**
**Lafayette, LA 70596**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Delhi County Water District**
**9738 Stephens Street**
**PO Box 639**
**Delhi, CA 95315**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

Debtor    **J.N.D. Thomas Company, Inc.**                          Case number (if known) _____
          Name

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |

**3.101**
Nonpriority creditor's name and mailing address
**Deluge Consulting**
**2713 Saint Marys Street**
**Bakersfield, CA 93305**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$700.00**

---

**3.102**
Nonpriority creditor's name and mailing address
**Dennis and Julie Thomas**
**2117 S. Crenshaw Court**
**Visalia, CA 93277**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shareholder - Owed Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$71,784.00**

---

**3.103**
Nonpriority creditor's name and mailing address
**Dennis Delamore**
**Amber Chemical**
**40 Red Rock, Ste. 200**
**Irvine, CA 92604**

Date(s) debt was incurred  **Prior to 2018; UCC-1 filed 1/22/16**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Judgment - 2 Promissory Notes (3/2014 for $200,000 and 12/2014 for $195,000) Abstract of Judgment Recorded**

Is the claim subject to offset? ■ No  ☐ Yes

**$384,874.00**

---

**3.104**
Nonpriority creditor's name and mailing address
**Department of Treasury**
**Bureau of the Fiscal Service**
**PO Box 1686**
**Birmingham, AL 35201-1686**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$143.55**

---

**3.105**
Nonpriority creditor's name and mailing address
**Design Space Modular Buildings**
**PO Box 31001-1566**
**Pasadena, CA 91110**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$20,925.00**

---

**3.106**
Nonpriority creditor's name and mailing address
**Dion and Sons, Inc.**
**1543 W. 16th Street**
**Long Beach, CA 90813**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$25,153.00**

---

**3.107**
Nonpriority creditor's name and mailing address
**Discount Rock and Sand**
**PO Box 504484**
**Marathon, FL 30050**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,050.00**

---

Debtor   J.N.D. Thomas Company, Inc.                    Case number (if known) _____
         _____
            Name

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,089.00 |

**3.108**
Nonpriority creditor's name and mailing address
**DMV Renewal**
**PO Box 942897**
**Sacramento, CA 94294**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$15,089.00

---

**3.109**
Nonpriority creditor's name and mailing address
**Dredging Supply Co.**
**156 Airport Rd.**
**Reserve, LA 70084**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,577.00

---

**3.110**
Nonpriority creditor's name and mailing address
**DTM Pros**
**24122 Outrigger Drive**
**Canyon Lake, CA 92587**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.111**
Nonpriority creditor's name and mailing address
**ECC and Associates**
**26 Railroad Ave., Ste. 117**
**Babylon, NY 11702**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collecting for Navikas / La Quinta**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.112**
Nonpriority creditor's name and mailing address
**Efficiency Shoring & Supply**
**13217 Laureldale Ave.**
**Downey, CA 90242**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,935.00

---

**3.113**
Nonpriority creditor's name and mailing address
**Electrical Reliability Svs., Inc.**
**24865 Network Place**
**Chicago, IL 60673-1248**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,560.00

---

**3.114**
Nonpriority creditor's name and mailing address
**Ellicott Dredge Technologies**
**1750 Madison Ave.**
**New Richmond, WI 54017**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$5,867.00

---

| Debtor | J.N.D. Thomas Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.115**

Nonpriority creditor's name and mailing address
**Ellicott Dredge Technologies**
**1425 Wicomico St.**
**Baltimore, MD 21230**

Date(s) debt was incurred  **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Additional Address**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116**

Nonpriority creditor's name and mailing address
**Environmental Consulting & Tech.**
**3701 Northwest 98th Street**
**Gainesville, FL 32606**

Date(s) debt was incurred  **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,138.00**

---

**3.117**

Nonpriority creditor's name and mailing address
**Evangelho Seed Co., Inc.**
**PO Box 694**
**Lemoore, CA 93245**

Date(s) debt was incurred  **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$743.05**

---

**3.118**

Nonpriority creditor's name and mailing address
**Extended Stay America**
**ESA Management**
**11525 N. Community House Road, Ste. 100**
**Charlotte, NC 28277**

Date(s) debt was incurred  **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$49,374.00**

---

**3.119**

Nonpriority creditor's name and mailing address
**Fabian VanCott**
**601 South Tenth Street, Ste. 204**
**Las Vegas, NV 89101**

Date(s) debt was incurred  **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorneys for National Filter Media**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120**

Nonpriority creditor's name and mailing address
**Fast Flow Pumps**
**9700 Highway 63**
**Moss Point, MS 39562**

Date(s) debt was incurred  **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$644.00**

---

**3.121**

Nonpriority creditor's name and mailing address
**Fastenal**
**PO Box 978**
**Winona, MN 55987**

Date(s) debt was incurred  **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$671.90**

---

Debtor    J.N.D. Thomas Company, Inc.               Case number (if known) _____
_____
       Name

| | | |
|---|---|---|
| **3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*      **$2,096.00** |
| | FedEx<br>PO Box 7221<br>Pasadena, CA 91109 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **Prior to 2018** | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*      **$1,047.00** |
| | FedEx Freight<br>Dept LA<br>PO Box 21415<br>Pasadena, CA 91185 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **Prior to 2018** | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** |
| | Financial Credit Network<br>PO Box 3084<br>Visalia, CA 93278-3084 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **Prior to 2018** | Basis for the claim: **Collecting for Sign Time** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*      **$119,933.00** |
| | First Insurance Funding Corp.<br>450 Skokie Blvd., Ste. 1000<br>Northbrook, IL 60062-7917 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **Prior to 2018** | Basis for the claim: **\*\*Same as First Insurance of California?** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*      **$64,673.00** |
| | First Insurance of California<br>PO Box 7000<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **Prior to 2018** | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*      **$316.23** |
| | Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **Prior to 2018** | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** |
| | Florida Office Group, LLC<br>dba Orlando Office Center<br>1060 Woodcock Dr.<br>Orlando, FL 32803 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **Prior to 2018** | Basis for the claim: **Virtual Office Service Agreement** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor    **J.N.D. Thomas Company, Inc.**                          Case number (if known) _____
                          Name

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,839.00 |

**Ford Motor Credit Company**
PO Box 552679
Detroit, MI 48255

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Prior to 2018**

**Basis for the claim:** Voluntary Return of Collateral - Lawsuits (2)
**Default Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,838.00 |

**Formwork Shore All**
75 Bar J Rd.
Temple, GA 30179

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Prior to 2018**

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**FP&P**
a Quad Knopf Company
2816 Park Ave.
Merced, CA 95348-3375

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Prior to 2018**

**Basis for the claim:** Regarding Delhi Water District

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,220.00 |

**French Plate Rental Co.**
13217 Laureldale Ave
Downey, CA 90242

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Prior to 2018**

**Basis for the claim:** Corporate Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Fresh View Solutions**
4340 S. Monaco St., Ste. 400
Denver, CO 80237

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Prior to 2018**

**Basis for the claim:** Collecting for Wright Express Financial Services
**Corporation / WEX Bank**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,112.71 |

**Frontier Performance Lubricants**
PO Box 1777
Lodi, CA 95241

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Prior to 2018**

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**GABA Law Corporation**
23141 Verdugo Drive, Ste. 205
Laguna Hills, CA 92653-1349

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Prior to 2018**

**Basis for the claim:** Collecting for Motion Industries, Inc.

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | J.N.D. Thomas Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,962.00 |
|---|---|---|---|

**3.136**

Nonpriority creditor's name and mailing address
**Gary V. Burrows, Inc.**
PO Box 546
Lemoore, CA 93245

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,962.00

---

**3.137**

Nonpriority creditor's name and mailing address
**General Auditing Bureau**
PO Box 9658
Minneapolis, MN 55440-9658

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collecting for ACF Environmental**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.138**

Nonpriority creditor's name and mailing address
**Georgia Block & Brick, Inc.**
215 W. Blackshear Ave
Waycross, GA 31501

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **For notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.139**

Nonpriority creditor's name and mailing address
**Georgia Department of Labor**
148 Andrew Young International Blvd. NE
Atlanta, GA 30303-1751

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.140**

Nonpriority creditor's name and mailing address
**Glenn Carter MD**
109 W. Oglethorpe Hwy
Hinesville, GA 31313

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$690.00

---

**3.141**

Nonpriority creditor's name and mailing address
**Gorge Broadwater**
dba Leap of Faith Concrete Services
1810 Partridge Lane
North Augusta, SC 29841

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$375.00

---

**3.142**

Nonpriority creditor's name and mailing address
**Grainger**
Dept. 312-849994488
Palatine, IL 60038

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$745.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    <u>J.N.D. Thomas Company, Inc.</u>        Case number (if known)    _____
       Name

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329,840.00 |
|---|---|---|---|

**3.143**

**Nonpriority creditor's name and mailing address**

**Graphic Equipment Corp.**
**55 Wester Ave.**
**Metuchen, NJ 08840**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$329,840.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144**

**Nonpriority creditor's name and mailing address**

**Great America Financail Services**
**625 First Street SE Ste 800**
**Cedar Rapids, IA 52401**

Date(s) debt was incurred **Prior to 2018; UCC-1 filed 12/15/14**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Additional Address**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145**

**Nonpriority creditor's name and mailing address**

**GreatAmerica Financial Services**
**PO Box 660831**
**Dallas, TX 75266-0831**

Date(s) debt was incurred **Prior to 2018; UCC-1 filed 12/15/14**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$96,466.46**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Default Judgment - Voluntary Return of GPS System**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146**

**Nonpriority creditor's name and mailing address**

**Greenberg, Grant & Richards, Inc.**
**5858 Westheimer Rd., Ste. 500**
**Houston, TX 77057**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collecting for United Rentals**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147**

**Nonpriority creditor's name and mailing address**

**Hanes GEO Components**
**PO Box 60984**
**Charlotte, NC 28260**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$1,551.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148**

**Nonpriority creditor's name and mailing address**

**Hanford Imaging Tesla**
**171 Mansionette Dr.**
**Hanford, CA 93230**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$165.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149**

**Nonpriority creditor's name and mailing address**

**Harris Ace Hardware**
**PO Box 1135**
**Jesup, GA 31598**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$51.34**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J.N.D. Thomas Company, Inc. | Case number (if known) |
|--------|------------------------------|------------------------|
|        | Name                         |                        |

---

**3.150**  Nonpriority creditor's name and mailing address

Hartford Insurance Company
of the Midwest
PO Box 731178
Dallas, TX 75373-1178

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.151**  Nonpriority creditor's name and mailing address

HD Supply Construction Supply Ltd.
dba HD Whitecap Construction Supply
501 W. Church Street
Orlando, FL 32805

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

**$53,506.00**

---

**3.152**  Nonpriority creditor's name and mailing address

Hedges Pest Control
PO Box 1345
Hanford, CA 93232

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$172.00**

---

**3.153**  Nonpriority creditor's name and mailing address

Hilger Hammond Attorneys at Law
49 Monroe Center NW, Ste. 200
Grand Rapids, MI 49503

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Attorneys for WaterSolve, LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154**  Nonpriority creditor's name and mailing address

Hilti Inc.
5400 South 122nd East Ave.
Tulsa, OK 74146

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,191.00**

---

**3.155**  Nonpriority creditor's name and mailing address

Holiday Inn Express
(Damini, Inc.)
1388 E. Oglethorpe Hwy.
Hinesville, GA 31313

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Settlement Agreement**

Is the claim subject to offset? ■ No ☐ Yes

**$33,100.00**

---

**3.156**  Nonpriority creditor's name and mailing address

Home Depot Credit Services / Citibank
Dept. 32-2135736720
PO Box 183175
Columbus, OH 43218

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,525.98**

---

Debtor   <u>J.N.D. Thomas Company, Inc.</u>         Case number (if known) _____
      Name

| | |
|---|---|
| **3.157**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$6,056.00** |
| **Hose Power USA** | ☐ Contingent |
| **PO Box 861777** | ☐ Unliquidated |
| **Orlando, FL 32886** | ☐ Disputed |
| Date(s) debt was incurred **Prior to 2018** | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.158**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |
| **Hunt & Henriques** | ☐ Contingent |
| **Anthony DiPiero** | ☐ Unliquidated |
| **151 Bernal Rd., Ste. B** | ☐ Disputed |
| **San Jose, CA 95119** | **Basis for the claim:** **Attorneys for Capital One - for notice purposes** |
| Date(s) debt was incurred **Prior to 2018** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.159**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |
| **Illinois Union Insurance Company** | ☐ Contingent |
| **525 W. Monroe Street, # 400** | ☐ Unliquidated |
| **Chicago, IL 60661** | ☐ Disputed |
| Date(s) debt was incurred **Prior to 2018** | **Basis for the claim:** **For notice purposes** |
| | **In re to California Water Boards Central Valley Regional Water Quality** |
| | **Control Board/ Leprino** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.160**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$1,876.00** |
| **Industrial Power Transmission, LLC** | ☐ Contingent |
| **6715 Santa Barbara Court** | ☐ Unliquidated |
| **Elkridge, MD 21075** | ☐ Disputed |
| Date(s) debt was incurred **Prior to 2018** | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.161**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$4,413.00** |
| **J&S Service** | ☐ Contingent |
| **PO Box 640** | ☐ Unliquidated |
| **Tavernier, FL 33070** | ☐ Disputed |
| Date(s) debt was incurred **Prior to 2018** | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.162**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |
| **Jacobson Markham Attorneys** | ☐ Contingent |
| **8950 Cal Center Drive, Ste. 210** | ☐ Unliquidated |
| **Sacramento, CA 95826** | ☐ Disputed |
| Date(s) debt was incurred **Prior to 2018** | **Basis for the claim:** **Attorneys for Leprino Foods** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.163**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$8,404.50** |
| **Jameson Hydro Crane Service** | ☐ Contingent |
| **27452 Road 140** | ☐ Unliquidated |
| **Visalia, CA 93292** | ☐ Disputed |
| Date(s) debt was incurred **Prior to 2018** | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | J.N.D. Thomas Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.164** Nonpriority creditor's name and mailing address
Jeffrey M. Quinn, Esq.
PO Box 596
Drexel Hill, PA 19026

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Attorneys for HD Supply Construction Supply**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** Nonpriority creditor's name and mailing address
Jessica L. Lemoine
Attorney at Law
317 S. Brand Blvd.
Glendale, CA 91204-1701

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Attorneys for L.A. Commercial Group, dba Continental Commercial Group, collecting for Pape Machinery**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** Nonpriority creditor's name and mailing address
JmLord Inc.
267 N. Fulton St.
Fresno, CA 93701-1610

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$76.00**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** Nonpriority creditor's name and mailing address
Joan Thoman
31316 Ave. J
Big Pine Key, FL 33043

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Residential Lease Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** Nonpriority creditor's name and mailing address
Joe Thomas
201 Five Cities Drive
Pismo Beach, CA 93449

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Basis for the claim: **May have subordinated to PVB in 2013**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** Nonpriority creditor's name and mailing address
John Deere Construction & Forestry Co.
6400 NW 86th Street
Johnston, IA 50131

Date(s) debt was incurred **Prior to 2018; UCC-1 filed 12/9/14; 12/8/14**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** Nonpriority creditor's name and mailing address
John Deere Construction & Forestry Co.
PO Box 6600
Johnston, IA 50131

Date(s) debt was incurred **Prior to 2018; UCC-1 filed 12/9/14; 12/8/14**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Basis for the claim: **Additional address**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **J.N.D. Thomas Company, Inc.**                    Case number (if known) _____
         Name

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128,956.00 |
|---|---|---|---|

**John Deere Financial**
PO BOX 6600
Johnston, IA 50131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

Basis for the claim: **Voluntary Return of 2012 John Deere 250D-II Articulated Dump Truck and 644K John Deere Loader**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $569.00 |
|---|---|---|---|

**Jorgenson & Co.**
2691 S. East Ave.
Fresno, CA 93706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Kahn Soares & Conway**
219 N. Douty St.
Hanford, CA 93232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.36 |
|---|---|---|---|

**Kaman**
File 25356
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,050.00 |
|---|---|---|---|

**Keller Ford Lincoln**
1073 W. Cadillac Lane
Hanford, CA 93230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

Basis for the claim: **Judgment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,500.00 |
|---|---|---|---|

**Kern & Co., LLC**
PO Box 15179
Savannah, GA 31406

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Kings Industrial OCC Medical Center**
PO Box 189
Hanford, CA 93232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J.N.D. Thomas Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.178** Nonpriority creditor's name and mailing address
Knight Capital Funding II, LLC
9 East Loockerman St., Ste. 3A-543
Dover, DE 19901

Date(s) debt was incurred **Prior to 2018; UCC-1 filed 11/1/14**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Blanket Lien - Paid in Full by Strategic Funding**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.179** Nonpriority creditor's name and mailing address
L&M Bag & Supply
PO Box 640
Willacoochee, GA 31650

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$6,553.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.180** Nonpriority creditor's name and mailing address
L.A. Commercial Group
dba Continental Commercial Group
317 S. Brand Blvd.
Glendale, CA 91204

Date(s) debt was incurred **Abstract of Judgment Recorded Kings Co. 10/23/16**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$40,264.58**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lawsuit - Collecting for Pape Machinery**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.181** Nonpriority creditor's name and mailing address
La Quinta Inns & Suites Hinesville
Navika Capital Group, LLC
1740 E. Oglethorpe Hwy.
Hinesville, GA 31313

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$19,113.62**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.182** Nonpriority creditor's name and mailing address
Ladd Real Estate
6 Office Park Circle, Ste. 111
Birmingham, AL 35223

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$4,599.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.183** Nonpriority creditor's name and mailing address
Law Office of Joshua E. Kight
306 Academy Ave., Ste. 200
PO Box 816
Dublin, GA 31040

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Notice Purposes - Attorneys for Complete Sitework Services, LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.184** Nonpriority creditor's name and mailing address
Law Offices of Patenaude & Felix, APC
Michael D. Kahn
Michael Boulanger
4545 Murphy Canyon Road, 3rd Fl.
San Diego, CA 92123

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$10,527.92**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Attorneys for TD Bank USA, N.A.**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor __J.N.D. Thomas Company, Inc.__      Case number (if known) _____
        Name

| | | |
|---|---|---|
| **3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.    **$31,336.00** |

**3.185**
Nonpriority creditor's name and mailing address
**Law Offices of Pucin & Frieland, P.C.**
**21210 Erwin Street Suite A**
**Woodland Hills, CA 91367**

Date(s) debt was incurred __
Last 4 digits of account number  **8090**

As of the petition filing date, the claim is: Check all that apply.    **$31,336.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Attorneys for Berkley Specialty Underwriting__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186**
Nonpriority creditor's name and mailing address
**Lawrence Tractor Co., Inc.**
**2530 E. Main Street**
**Visalia, CA 93292**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$5,874.35**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187**
Nonpriority creditor's name and mailing address
**Lemoore Auto Supply**
**41 E Street**
**Lemoore, CA 93245**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$8,100.41**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188**
Nonpriority creditor's name and mailing address
**Leprino Foods Company**
**1830 W. 38th Ave.**
**Denver, CO 80211**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$100,124.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Agreement to Dispose of By-Products - Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189**
Nonpriority creditor's name and mailing address
**Liberty Mutual Insurance**
**PO Box 6486**
**Carol Stream, IL 60197**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$133.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190**
Nonpriority creditor's name and mailing address
**Linkhorst & Hockin, PA**
**Attorneys at Law**
**4495 Military Trail, Ste. 106**
**Jupiter, FL 33458**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Attorneys for RDO Equipment__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191**
Nonpriority creditor's name and mailing address
**LIU Environmental**
**55 Water Street, 23rd Floor**
**New York, NY 10041**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __In re to California Water Boards Central Valley Regional Water Quality Control Board/ Leprino__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor　__J.N.D. Thomas Company, Inc.__　　　　　　　　Case number (if known) _____

　　　　　　Name

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lober Dobson & Desai, LLC**
3576 Old Milton Parkway
Alpharetta, GA 30005

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __For Notice Purposes - Attorneys for Holiday Inn Express / Damini, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $142.00 |
|---|---|---|---|

**Lorenz Ophthalmology Center**
6320 S. Pecos, Ste. 118
Las Vegas, NV 89120

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,932.00 |
|---|---|---|---|

**Los Angeles Department of Water & Power**
PO Box 30808
Los Angeles, CA 90030-0808

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LTD Financial Services**
7322 Southwest Freeway, Ste. 1600
Houston, TX 77074-2053

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Collecting for Bank of America__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Mahorsky Group, Inc.**
Jason Cooper
2100 Quaker Pointe Dr.
Quakertown, PA 18951

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Kirkorsky, PC**
Attorneys at Law
PO Box 25287
Tempe, AZ 85285-5287

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Collecting for Cashman__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,043.00 |
|---|---|---|---|

**Martin Marietta Materials**
PO Box 75328
Charlotte, NC 28275

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    __J.N.D. Thomas Company, Inc._____          Case number (if known) _____
                        Name

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,173.00 |

**3.199** Nonpriority creditor's name and mailing address
Martinez Concrete Contractors, Inc.
361 Alma St.
Vass, NC 28394

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$35,173.00**

---

**3.200** Nonpriority creditor's name and mailing address
Maskell Pipe & Supply, Inc.
8604 Cottonwood Ave.
Fontana, CA 92335

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$11,814.00**

---

**3.201** Nonpriority creditor's name and mailing address
MATO Corporation
PO Box 7268
Beckley, WV 25802-7268

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$94.00**

---

**3.202** Nonpriority creditor's name and mailing address
McCarthy, Burgess, et al.
26000 Cannon Road
Bedford, OH 44146

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Collecting for Verizon__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.203** Nonpriority creditor's name and mailing address
McFadden-Dale Industrial Hardware
5580 S. Decatur Blvd., Ste. 114
Las Vegas, NV 89118

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,091.00**

---

**3.204** Nonpriority creditor's name and mailing address
McKenzie Petroleum
PO Box 640
Tavernier, FL 33070

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$41.00**

---

**3.205** Nonpriority creditor's name and mailing address
Measutronics Corp.
PO Box 5800
Lakeland, FL 33807-5800

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$202.50**

Debtor  __J.N.D. Thomas Company, Inc.__          Case number (if known) _____
        Name

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,092.00 |

**MECOM Equipment, LLC**
PO Box 8098
Stockton, CA 95205

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |

**Mednow Urgent Care**
104 N. Belair Rd., Ste. 101
Evans, GA 30809

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,028.00 |

**Mercury Insurance Group**
PO Box 11991
Santa Ana, CA 92711

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464.30 |

**Metro Trailer**
100 Metro Parkway
Pelham, AL 35124

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Michael & Associates**
Lina M. Michael
555 St. Charles Dr., Ste. 204
Thousand Oaks, CA 91360

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Attorneys for American Express__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Michael Weisberg**
16 North Main Street, Ste. A
San Andreas, CA 95249

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Attorneys for Navika Capital Group, LLC - for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.72 |

**Mid Valley Disposal**
PO BOX 12227
Fresno, CA 93777

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __8900__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J.N.D. Thomas Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.213** | Nonpriority creditor's name and mailing address

**Mid-Valley Distributors, Inc.**
3886 E. Jensen
Fresno, CA 93725

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                $2,646.80
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address

**Mobilization Funding, LLC**
Attn: AM Patterson
PO Box 8283
Atlanta, GA 31106

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Secured Promissory Note - Paid in Full**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address

**Monroe County Board of County Commissioners**
1100 Simonton Street
The Gato Building, Room 2-205
Key West, FL 33040

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | Nonpriority creditor's name and mailing address

**Monroe County Property Appraiser**
PO Box 1176
Key West, FL 33041-1176

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                $31.25
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tangible Personal Property Taxes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address

**Morgan and Slates**
12918 Hanford Armona Road
Hanford, CA 93230

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                $55,292.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | Nonpriority creditor's name and mailing address

**Mortgage Recovery Law Group**
Paul A. Levin
550 N Brand Blvd., Suite 110
Glendale, CA 91203

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Attorney for Strategic Funding - for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | Nonpriority creditor's name and mailing address

**Motel 6**
PO Box 846175
Dallas, TX 75284

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                $13,611.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **J.N.D. Thomas Company, Inc.**                    Case number *(if known)* _____
          Name

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,072.99 |

**Motion Industries**
File 57463
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Municipal Services Bureau**
PO Box 16755
Austin, TX 78761-6755

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: **Collecting for City of Los Angeles**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114.35 |

**NAPA Auto Parts**
File 56893
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $723.00 |

**National Construction Rentals**
PO Box 4503
Pacoima, CA 91333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**National Credit Services**
PO Box 24101
Cleveland, OH 44124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: **For Notice Purposes - Collecting for Bakersfield Pipe and Supply**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,322.45 |

**National Filter Media**
691 N. 400 West
Salt Lake City, UT 84103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850.00 |

**National Registered Agents, Inc.**
2875 Michelle, Ste. 100
Irvine, CA 92606-1024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: **Corporate Debt.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **J.N.D. Thomas Company, Inc.**                                    Case number (if known) _____
         Name

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,900.00 |

**Nautilus Floats**
4000 west 106th Street, Ste. 125-254
Carmel, IN 46032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,336.00 |

**Nautilus Insurance Company**
7233 E. Butherus Dr.
Scottsdale, AZ 85260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim:  **Environmental Combined Policy Insurer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Navika Capital Group, LLC**
1274 Rxr Plaza 12th Fl West Wing
Uniondale, NY 11556

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim:  **Regarding La Quinta**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,215.00 |

**Neff Rental, LLC**
PO Box 405138
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Nelson & Kennard**
Robert Scott Kennard, Esq.
2180 Harvard Street, Ste. 160
PO Box 13807
Sacramento, CA 95815

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim:  **Attorneys for Ford Motor Credit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,210.00 |

**Nord Gear Corp.**
PO Box 355
Dubuque, IA 52004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Norman and Associates**
6230 Shiloh Road, Ste. 230
Alpharetta, GA 30005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim:  **Collecting for Cort Business Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **J.N.D. Thomas Company, Inc.**
_____
Name

Case number (if known) _____

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nonpriority creditor's name and mailing address**
**Nymaster Goode, PC**
**Benjamin P. Roach**
**700 Walnut, Ste. 1600**
**Des Moines, IA 50309**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorneys for GreatAmerica Financial Services Corporation**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.235 | Nonpriority creditor's name and mailing address |

**Occupational Health Centers**
**PO Box 9010**
**Broomfield, CO 80021**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$395.00**

---

| 3.236 | Nonpriority creditor's name and mailing address |

**Office Depot / Citibank, NA**
**PO Box 689020**
**Des Moines, IA 50368**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$514.64**

---

| 3.237 | Nonpriority creditor's name and mailing address |

**OHL USA**
**1920 Main Street, Ste. 310**
**Irvine, CA 92614**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Claim for Indemnity regarding related lawsuit (The Amber Group, Inc. v. OHL USA, Case No. 30-2015-00798157, Orange County Superior Court)**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.238 | Nonpriority creditor's name and mailing address |

**Old Republic Surety Group**
**PO Box 1635**
**Milwaukee, WI 53201**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$1,000.00**

---

| 3.239 | Nonpriority creditor's name and mailing address |

**Operating Engineers Funds, Inc.**
**100 E. Corson Street**
**Ground Floor**
**Pasadena, CA 91103**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.240 | Nonpriority creditor's name and mailing address |

**Operating Engineers Funds, Inc.**
**100 E. Corson Street**
**Ground Floor**
**Pasadena, CA 91103**

Date(s) debt was incurred  **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes re J.N.D. Thomas Company**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **J.N.D. Thomas Company, Inc.**    Case number (if known) _____
_____
Name

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $463.00 |

**Optima Industrial Medical**
20401 S. Avalon Blvd., Ste. C
Carson, CA 90746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,064.00 |

**Pape Machinery Exchange**
PO Box 5077
Portland, OR 97208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,100.00 |

**Park Coastal Surveying, LLC**
470 Treasure Rd.
Venice, FL 34293

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Patrick Markham, 114542**
**Jacobson Markham, LLP**
8950 Cal Center Drive, Suite 210
Sacramento, CA 95826

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: **Attorney for Leprino Foods Company**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,787.00 |

**Penhall Company**
PO Box 842911
Los Angeles, CA 90084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $946.03 |

**PG & E**
PO BOX 997300
Sacramento, CA 95899

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number **0474**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Phillips & Cohen**
PO Box 5790
Hauppauge, NY 11788-0164

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: **Collecting for Deetto Visa and The Home Depot**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

Debtor   **J.N.D. Thomas Company, Inc.**
      Name

Case number (if known) _____

| | |
|---|---|
| **3.248** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| **Pioneer Credit Recover, Inc.**<br>**26 Edward Street**<br>**Arcade, NY 14009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred **Prior to 2018** | Basis for the claim: **Collecting for Small Business Administration - for notice purpose** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.249** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $8,512.83 |
| **Power Plan**<br>**PO Box 5328**<br>**Madison, WI 53705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred **Prior to 2018** | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.250** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $679.31 |
| **Praxair Distribution**<br>**Dept. LA 21511**<br>**Pasadena, CA 91185** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred **Prior to 2018** | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.251** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $8,134.00 |
| **Precision Pump & Machine**<br>**3131 Fairhaven Dr.**<br>**Bakersfield, CA 93308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred **Prior to 2018** | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.252** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| **Pro Consulting Services**<br>**P.O. Box 66768**<br>**Houston, TX 77266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred **Prior to 2018** | Basis for the claim: **Collecting for Office Depot / Citibank** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.253** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $7,058.00 |
| **Process Equipment Company**<br>**1751 Jenks Dr.**<br>**WY 82880** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred **Prior to 2018** | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.254** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| **Providence Capital**<br>**3020 Saturn Street, Ste. 203**<br>**Brea, CA 92821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred **Prior to 2018** | Basis for the claim: **Broker for Axis and Alliance Funding Leases** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **J.N.D. Thomas Company, Inc.**                    Case number (if known) _____

| | |
|---|---|
| 3.255 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Pyramid Masonry Contractors**
**2330 Mellon Ct.**
**Decatur, GA 30035**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $1,951.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Quinn Group, Inc.**
**10006 Rose Hills Road**
**Whittier, CA 90601**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $1,023.34
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Rabobank NA**
**PO Box 5000**
**Johnston, IA 50131**

Date(s) debt was incurred **Prior to 2018; UCC-1 filed 3/14/11**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Surrender of Refurbished 2003 Charter Machine Belt Filter Press #36**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Rain for Rent Bakersfield**
**1100 Mainstreet**
**Buffalo, NY 14209**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $1,712.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** |
|---|---|

**RDO Equipment**
**700 7th Street South**
**Fargo, ND 58103**

Date(s) debt was incurred **UCC-1 filed 5/13/15**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $277,427.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Voluntary Return of 2014 Vermeer - Deficiency Balance (disputed insurance claim)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Reese Water & Land**
**1316 2nd Street**
**Ste. B**
**Los Osos, CA 93402**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $6,857.42
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Riverdale Farm and Home Center**
**PO Box 277**
**Riverdale, CA 93656**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $12,493.44
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J.N.D. Thomas Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.262**
Nonpriority creditor's name and mailing address
**Riviera Finance**
2025 Gateway Place Ste. 370
San Jose, CA 95110

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Regarding Webster Capital Finance, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.263**
Nonpriority creditor's name and mailing address
**RMS**
PO Box 361535
Columbus, OH 43236

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collecting for Staples**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.264**
Nonpriority creditor's name and mailing address
**Robert W. Barker, LLC**
3997 Dowling Dr.
Augusta, GA 30907

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$16,768.00

---

**3.265**
Nonpriority creditor's name and mailing address
**Royal Car Care, Inc.**
800 North 11th Ave.
Hanford, CA 93230

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,475.24

---

**3.266**
Nonpriority creditor's name and mailing address
**Sandra Kuhn McCormack**
**Attorney At law**
5330 Office Center Ct., Ste. C
Bakersfield, CA 93309

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Attorneys for Commercial Trade, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.267**
Nonpriority creditor's name and mailing address
**SCJ, Inc.**
PO Box 178
Milford, DE 19963

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Regarding ACF Environmental**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.268**
Nonpriority creditor's name and mailing address
**Scott H. Olson**
**Vedder Price (CA), LLP**
275 Battery Street, Suite 2464
San Francisco, CA 94111

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Attorney for Axis Capital Inc.**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __J.N.D. Thomas Company, Inc._____     Case number (if known) _____
                Name

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,838.00 |

**3.269**

Nonpriority creditor's name and mailing address

**Shore All Corp.**
**75 Bar J Road**
**Temple, GA 30179**

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$1,838.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270**

Nonpriority creditor's name and mailing address

**Sign Time**
**1643 W. Caldwell Ave.**
**Visalia, CA 93277**

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$2,661.27**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.271**

Nonpriority creditor's name and mailing address

**Sitech Nevada**
**c/o Cashman Equipment Co.**
**PO Box 843397**
**Los Angeles, CA 90084**

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$12,288.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272**

Nonpriority creditor's name and mailing address

**Southeast Toyota Finance**
**PO Box 70832**
**Charlotte, NC 28272**

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$6,505.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Voluntary surrender of 2013 Toyota Sequoia__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273**

Nonpriority creditor's name and mailing address

**Sparkletts**
**6750 Discovery Blvd.**
**Mableton, GA 30126**

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$412.26**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274**

Nonpriority creditor's name and mailing address

**Spectrum Business Center**
**2918 Professional Pkwy.**
**Augusta, GA 30907**

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$773.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Terminated Lease Agreement regarding lease of office space in Georgia__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.275**

Nonpriority creditor's name and mailing address

**SRA Associates, Inc.**
**401 Minnetonka Rd.**
**Hi Nella, NJ 08083**

Date(s) debt was incurred __Prior to 2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Collecting for World Omni Financial Corp.__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J.N.D. Thomas Company, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.63 |
|---|---|---|---|

**Stanton Office Machine Co.**
4312 N. Selland Ave.
Fresno, CA 93722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $736.52 |
|---|---|---|---|

**Staples / Citibank**
PO Box 790439
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**State of Alabama Department of Labor**
649 Monroe Street
Montgomery, AL 36131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: **For Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**State of Washington**
Department of Labor and Industries
PO Box 44171
Olympia, WA 98504-4171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: **For Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $383,804.00 |
|---|---|---|---|

**Strategic Funding**
120 West 45th Street
New York, NY 10036

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Prior to 2018; UCC-1 filed 3/5/15**

Basis for the claim: **Judgement entered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $179,513.00 |
|---|---|---|---|

**Strategic Funding**
120 West 45th Street
New York, NY 10036

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Prior to 2018; UCC-1 filed 3/5/15**

Basis for the claim: **Merchant Agreement 412632**

**Judgement entered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78,000.00 |
|---|---|---|---|

**Strategic Funding**
120 West 45th Street
New York, NY 10036

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Prior to 2018; UCC-1 filed 3/5/15**

Basis for the claim: **Merchant Agreement 410452**

**Judgement entered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    J.N.D. Thomas Company, Inc.        Case number (if known) _____
         Name

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,958.00 |

**3.283** Nonpriority creditor's name and mailing address
**Strickland Oil Company, Inc.**
PO Box G
Pooler, GA 31322

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$2,958.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** Nonpriority creditor's name and mailing address
**Sunbelt Rentals**
PO Box 409211
Atlanta, GA 30384

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$159,993.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** Nonpriority creditor's name and mailing address
**SureTec Insurance Company**
PO Box 5008
Woodland Hills, CA 91365

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cancelled Bond - for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** Nonpriority creditor's name and mailing address
**Synter Resource Group, LLC**
5935 Rivers Ave., Ste. 102
Charleston, SC 29406-6071

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collecting for FedEx Freight**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** Nonpriority creditor's name and mailing address
**TABS**
5475 South Cherry Ave.
Fresno, CA 93703

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$122.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** Nonpriority creditor's name and mailing address
**TBC Retail Group dba Tire Kingdom**
263 A Street
Hayward, CA 94541

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$2,388.19**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** Nonpriority creditor's name and mailing address
**TCF Equipment Finance**
PO Box 77077
Minneapolis, MN 55480-7777

Date(s) debt was incurred **Prior to 2018; UCC-1 filed 2/19/15; 12/2/14**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Assignee of Alliance Funding Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **J.N.D. Thomas Company, Inc.**        Case number *(if known)*      _____
         Name

---

**3.290**

**Nonpriority creditor's name and mailing address**
**TCF Equipment Finance**
**11100 Wayzata Blvd., Suite 801**
**Hopkins, MN 55305**

Date(s) debt was incurred **Prior to 2018; UCC-1**
**filed 2/19/15; 12/2/14**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Additioanl address**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.291**

**Nonpriority creditor's name and mailing address**
**TD Bank USA, N.A.**
**PO Box 1190**
**Lewiston, ME 04243**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Plaintiff in lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

$10,527.92

---

**3.292**

**Nonpriority creditor's name and mailing address**
**Ted Amaro**
**28517 W. Natoma Dr.**
**Cathedral City, CA 92234**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$20,000.00

---

**3.293**

**Nonpriority creditor's name and mailing address**
**Tenalgia & Hunt, P.A. Attorneys At Law**
**Box #2431**
**Tenaglia & Hunt, P.A.**
**P.O. Box 8500**
**Philadelphia, PA 19178-2431**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collecting for FedEx**

Is the claim subject to offset? ■ No ☐ Yes

$1,543.44

---

**3.294**

**Nonpriority creditor's name and mailing address**
**Terminal Air Brake Supply**
**2475 S. Cherry Ave.**
**Fresno, CA 93706**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$685.23

---

**3.295**

**Nonpriority creditor's name and mailing address**
**Tesla Medical Corp.**
**171 Mansionette Dr.**
**Hanford, CA 93230**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$165.00

---

**3.296**

**Nonpriority creditor's name and mailing address**
**The Amber Group, LLC**
**40 Red Rock, Ste. 200**
**Irvine, CA 92604**

Date(s) debt was incurred **Prior to 2018; UCC-1**
**filed 1/22/16**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset? ■ No ☐ Yes

$75,411.00

---

Debtor __J.N.D. Thomas Company, Inc.__     Case number (if known) _____
       Name

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.297**
Nonpriority creditor's name and mailing address
**The Law Offices of Stephen M. Denning**
6067 N. Fresno St.
Ste. 107
Fresno, CA 93710

Date(s) debt was incurred __Prior to 2018__
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Collecting for HD Supply Construction Company and Martin Marietta Materials__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.298**
Nonpriority creditor's name and mailing address
**The Leviton Law Firm, Ltd.**
3 Golf Center, Ste. 361
Hoffman Estates, IL 60169

Date(s) debt was incurred __Prior to 2018__
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Collecting for Adler Tank Rentals__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.299**
Nonpriority creditor's name and mailing address
**The Permit Company**
789 S. Arroyo Parkway
Pasadena, CA 91105

Date(s) debt was incurred __Prior to 2018__
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$42.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.300**
Nonpriority creditor's name and mailing address
**Thomas Brothers Spreading, Inc.**
19721 Excelsior Ave.
Riverdale, CA 93656

Date(s) debt was incurred __Prior to 2018__
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$10,055.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.301**
Nonpriority creditor's name and mailing address
**Thomas Williams**
441 SW Pinetree Lane
Palm City, FL 34990

Date(s) debt was incurred __Prior to 2018__
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Residential Lease Agreement__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.302**
Nonpriority creditor's name and mailing address
**Tim Azevedo**
3166 Nutmeg Place
Hanford, CA 93230

Date(s) debt was incurred __Prior to 2018__
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$80,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.303**
Nonpriority creditor's name and mailing address
**Titan Maine, Inc.**
6803 Industrial Ave.
Port Richey, FL 34668

Date(s) debt was incurred __Prior to 2018__
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __For notice purposes__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    __J.N.D. Thomas Company, Inc._____          Case number (if known) _____
                    Name

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**3.304**

Nonpriority creditor's name and mailing address
**TLC Safety Consultants**
4709 N. El Capitan, Ste. 206
Fresno, CA 93722

Date(s) debt was incurred _Prior to 2018_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.305**

Nonpriority creditor's name and mailing address
**Transworld Systems, Inc.**
**Collection Agency**
507 Prudential Rd.
Horsham, PA 19044

Date(s) debt was incurred _Prior to 2018_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Collecting for Billingsly Tire, Design Space Modular__
__Buildings, Extended Stay America, FedEx, and Blu John of Savannah__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.306**

Nonpriority creditor's name and mailing address
**Transworld Systems, Inc.**
Dept 940
Wilmington, DE 19850

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.307**

Nonpriority creditor's name and mailing address
**Travelers Insurance Company**
One Tower Square
Hartford, CT 06183

Date(s) debt was incurred _Prior to 2018_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __For Notice Purposes__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.308**

Nonpriority creditor's name and mailing address
**Trench Plate**
13217 Laureldale Ave.
Downey, CA 90242

Date(s) debt was incurred _Prior to 2018_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Corporate Debt__

Is the claim subject to offset? ■ No  ☐ Yes

$4,220.00

---

**3.309**

Nonpriority creditor's name and mailing address
**Trench Plate Rental Co.**
13217 Laureldale Ave.
Downey, CA 90242

Date(s) debt was incurred _Prior to 2018_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$4,220.00

---

**3.310**

Nonpriority creditor's name and mailing address
**Tyson Utilities Construction, Inc.**
777 Little Rd.
Metter, GA 30439

Date(s) debt was incurred _Prior to 2018_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Subcontractor (Project:  Archer Western School)__

Is the claim subject to offset? ■ No  ☐ Yes

$1,011,479.90

---

Debtor      **J.N.D. Thomas Company, Inc.**                    Case number (if known) _____
            Name

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**U.S. Small Business Administration**
**Fresno District Office**
**801 R Street, Ste. 201**
**Fresno, CA 93721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim:  **For notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,797.31 |
|---|---|---|---|

**United Healthcare**
**Dept. CH 10151**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,014.54 |
|---|---|---|---|

**United Rentals CA**
**File 51122**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $516.00 |
|---|---|---|---|

**United Rentals GA**
**PO Box 100711**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Updike, Kelly & Spellacy, PC**
**100 Pearl Street**
**PO Box 231277**
**Hartford, CT 06123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim:  **Attorneys for Webster Capital Finance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**US Department of Labor**
**Employment Standards Administration**
**Wage and Hour Division / SE Reg. Office**
**61 Forsyth St. SW, Rm. 7M80**
**Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim:  **For Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**US Healthworks Medical Group, PC**
**PO Box 50042**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | J.N.D. Thomas Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.318**

**Nonpriority creditor's name and mailing address**
**USA BlueBook**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$65.90

---

**3.319**

**Nonpriority creditor's name and mailing address**
**Valley Expetec**
**1830 W. Caldwell Ave. Ste. A**
**Visalia, CA 93277**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$15,656.48

---

**3.320**

**Nonpriority creditor's name and mailing address**
**Valley Oxygen, Inc.**
**760 E. Lacy Blvd.**
**Hanford, CA 93230**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$9,286.03

---

**3.321**

**Nonpriority creditor's name and mailing address**
**Vedder Price, LLP**
**Scottt H. Olson**
**1633 Broadway, 47th Floor**
**New York, NY 10019**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Attorneys for Axis Capital, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.322**

**Nonpriority creditor's name and mailing address**
**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,643.12

---

**3.323**

**Nonpriority creditor's name and mailing address**
**WaterSolve, LLC**
**5031 68th Street SE**
**Caledonia, MI 49316**

Date(s) debt was incurred **Prior to 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$31,616.76

---

**3.324**

**Nonpriority creditor's name and mailing address**
**Watt, Tieder, Hoffar & Fitzgerald, LLP**
**Robert C. Niesley**
**2040 Main Street, Suite 300**
**Irvine, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Attorneys for Allied World Specialty Insurance Company and Allied World National Assurance Company- for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | J.N.D. Thomas Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.325**

Nonpriority creditor's name and mailing address

**Wayne's Auto Parts**
PO Box 756
Riverdale, CA 93656

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$38.00

---

**3.326**

Nonpriority creditor's name and mailing address

**Webster Capital Finance, Inc.**
3 Farm Glen Blvd.
Farmington, CT 06032

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number **an01**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lawsuit - Voluntary Return of 2013 Charter Sentry Belt Filter Press Trailer Dewatering System #41 and 2012 CHarter Sentry Belt Press Fontaine Trailer Dewatering System #40**

Is the claim subject to offset? ■ No ☐ Yes

$478,523.58

---

**3.327**

Nonpriority creditor's name and mailing address

**Webster Capital Finance, Inc.**
3 Farm Glen Blvd.
Farmington, CT 06032

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Co-defendant in Motion for Default Judgement**

Is the claim subject to offset? ■ No ☐ Yes

$243,948.92

---

**3.328**

Nonpriority creditor's name and mailing address

**Wells Fargo Bank**
MAC#B6955-01B
PO Box 31557
Billings, MT 59107-1557

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number **6244**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business line of credit**

Is the claim subject to offset? ■ No ☐ Yes

$132,635.49

---

**3.329**

Nonpriority creditor's name and mailing address

**Wells Fargo Bank**
PO Box 29482
Phoenix, AZ 85038

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Additional Address**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.330**

Nonpriority creditor's name and mailing address

**West Valley Supply, Inc.**
11958 17th Ave.
Riverdale, CA 93656

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$217.80

---

**3.331**

Nonpriority creditor's name and mailing address

**Western Medical Group, Inc.**
21081 S. Western Ave., Ste. 150
Torrance, CA 90501-1700

Date(s) debt was incurred **Prior to 2018**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$201.00

---

| Debtor | J.N.D. Thomas Company, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.332** Nonpriority creditor's name and mailing address
**Wilkins, Drolshagen & Czeshinski, LLP**
**Michael J. Czeshinski**
**6785 N. Willow Ave.**
**Fresno, CA 93710**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: **For notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.333** Nonpriority creditor's name and mailing address
**World Omni Financial Corp.**
**PO Box 991817**
**Mobile, AL 36691**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,570.68

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334** Nonpriority creditor's name and mailing address
**WOW Cable and Internet**
**PO Box 4350**
**Carol Stream, IL 60197**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,773.55

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.335** Nonpriority creditor's name and mailing address
**Wright Express Financial Services Corp.**
**WEX Bank**
**PO Box 6293**
**Carol Stream, IL 60197-6293**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$24,697.00

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** Nonpriority creditor's name and mailing address
**Zemark**
**6431 Flotilla St.**
**Los Angeles, CA 90040**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,285.29

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** Nonpriority creditor's name and mailing address
**Zonneveld Dairy**
**1560 Cerini Ave.**
**Laton, CA 93242**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: **Co-Defendant / Ahern Rentals Lawsuit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** Nonpriority creditor's name and mailing address
**Zurich American Insurance Co.**
**1400 American Lane**
**Schaumburg, IL 60196**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred **Prior to 2018**

Basis for the claim: **Bond #PRF09143306**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    __J.N.D. Thomas Company, Inc.__      Case number (if known) _____
       Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 2,201,202.55 |
| **5b. Total claims from Part 2** | 5b. + $ | 10,633,065.50 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 12,834,268.05 |

**Fill in this information to identify the case:**

Debtor name    **J.N.D. Thomas Company, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | _____    _____ |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | _____    _____ |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | _____    _____ |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | _____    _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |

Debtor name    __J.N.D. Thomas Company, Inc.__

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.
     *Column 1:* **Codebtor**                                        *Column 2:* **Creditor**

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| --- | --- | --- | --- | --- |
| 2.1 | **Dennis and Julie Thomas** | **2117 S. Crenshaw Court Visalia, CA 93277 Debtor's shareholder filed Chapter 7 on 4/5/19 and were discharged on 8/14/19.** | **Various** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     J.N.D. Thomas Company, Inc.

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**     **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | $0.00 |
   | **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $0.00 |
   | **For the fiscal year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $0.00 |
   | **For the fiscal year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  **Gross Income** | $2,345,171.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

**Part 2:**     **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor      J.N.D. Thomas Company, Inc.                          Case number *(if known)*

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Miguel Rodriguez v. J.N.D. Thomas Co., Inc.<br>Case No. 15 SM 0108 | Civil | Kings County Small Claims Court<br>1640 Kingsw County Drive<br>Hanford, CA 93230 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | The Amber Group, Inc. v. J.N.D. Thomas Company, Inc.<br>Case No. 30-2015-00809290 | Civil | Orange County Superior Court<br>700 W Civic Center Drive<br>Santa Ana, CA 92701 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | Dennis Delamore v. J.N.D. Thomas Company, Inc.,<br>Dennis Thomas<br>Case No:<br>30-2015-00809240-CU-BC-CJC | Civil | Orange County Superior Court<br>700 W Civic Center Drive<br>Santa Ana, CA 92701 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **J.N.D. Thomas Company, Inc.**          Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Ahern Rentals, Inc. a Nevada Corporation v. J.N.D. Thomas Company, Inc., Dennis Thomas, Zonneveld Dairies, Inc.**<br>**Case No. 16CECG00262** | **Civil** | **Fresno County Superior Court**<br>**1130 O Street**<br>**Fresno, CA 93721** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.5. | **Allied World Specialty Insurance Company v. JND Thomas Company, Inc., Dennis Thomas, Julie Thomas**<br>**Case No.**<br>**1:15-CV-01498-AWI-SKO** | **Civil** | **US District Court, Eastern District**<br>**2500 Tulare Street**<br>**Fresno, CA 93721** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.6. | **Argos Ready Mix, LLC v. J.N.D. Thomas Company, Inc. and Dennis Thomas**<br>**Case No. 2016-v-257:GC** | **Civil** | **Liberty County Superior Court, Georgia**<br>**201 S. Main Street**<br>**Hinesville, GA 31313** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Axis Capital, Inc. v. J.N.D. Thomas Company, Inc., a California corporation, and Dennis Thomas**<br>**16CECG00568** | **Civil** | **Fresno County Superior Court**<br>**1130 O Street**<br>**Fresno, CA 93721** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.8. | **Commercial Trade, Inc. v. J.N.D. Thomas Company, Inc., aka JND Thomas Company, Inc.**<br>**BCL-15-13477** | **Civil** | **Kern County Superior Court**<br>**1415 Truxtun Ave., # 212**<br>**Bakersfield, CA 93301** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Ford Motor Credit Company, LLC v. J.N.D. Thomas Company, Inc**<br>**16CV0366** | **Civil** | **Kings County Superior Court**<br>**1640 Kings County Drive**<br>**Hanford, CA 93230** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.10. | **GreatAmerica Financial Services Corporation v. J.N.D. Thomas Company, Dennis Thomas**<br>**LACV084847** | **Civil** | **Iowa District Court, Linn County**<br>**51 3rd Ave . Bridge**<br>**Cedar Rapids, IA 52401** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.11. | **HD Supply Construction Company, dba White Cap Construction Supply v. J.N.D. Thomas Company, Inc.**<br>**16CECG01876** | **Civil** | **Fresno County Superior Court**<br>**1130 O Street**<br>**Fresno, CA 93721** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.12. | **Keller Lincoln Ford v. JND Thomas Co., Inc.**<br>**15SM0147** | **Small Claims Action** | **Kings County Superior Court**<br>**1640 Kings County Drive**<br>**Hanford, CA 93230** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.13. | **Quinn Group, Inc. v. Dennis Thomas, J.N.D. Thomas Co.**<br>**16GO2524** | **Small Claims Action** | **Los Angeles Superior Court**<br>**Alhambra Courthouse**<br>**406S S. 2nd Street**<br>**Alhambra, CA 91801** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   J.N.D. Thomas Company, Inc.                                   Case number _(if known)_ _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.14 | Leprino Foods Company v. JND Thomas Company, Inc.<br>1:16-CV-01181-LJO-SAB | Breach of Contract, Negligence | US District Court, Eastern District<br>2500 Tulare Street<br>Fresno, CA 93721 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15 | Navika Capital Group, LLC v. J.N.D. Thomas Co., Inc., Dennis Thomas<br>16CV0458 | Civil | Kings County Superior Court<br>1640 Kings County Drive<br>Hanford, CA 93230 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16 | Martin Marietta Materials v. J.N.D. Thomas Company, Inc.<br>16CECL06932 | Civil | Fresno County Superior Court<br>1130 O Street<br>Fresno, CA 93721 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17 | Ford Motor Credit Company v. J.N.D. Thomas Company, Inc.<br>16CECL06696 | Civil | Fresno County Superior Court<br>1130 O Street<br>Fresno, CA 93721 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18 | L.A. Commercial Group, Inc., dba Continental Commercial Group v. J.N.D. Thomas Company, Inc., Dennis Thomas<br>16C0165 | Civil | Kings County Superior Court<br>1640 Kings County Drive<br>Hanford, CA 93230 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19 | Webster Capital Finance, Inc. v. J.N.D. Thomas Company, Inc. And Dennis A. Thomas<br>3:16-cv-01230-JCH | Civil | US Distric Court of Connecticut<br>141 Church Street<br>New Haven, CT 06510 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.20 | Allied World Specialty Ins. Co. et al. v. JND Thomas Company, Inc. et al.<br>16C0210 | Civil | Kings County Superior Court<br>1640 Kings County Drive<br>Hanford, CA 93230 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21 | Allied World Specialty Ins. Co. et al. v. JND Thomas Company, Inc. et al.<br>16CECG02338 | Civil | Fresno County Superior Court<br>1130 O Street<br>Fresno, CA 93721 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22 | Premier Valley Bank v. J.N.D. Thomas, Inc., Dennis Thomas<br>16C-0342 | Civil | Kings County Superior Court<br>1640 Kings County Drive<br>Hanford, CA 93230 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.23 | Marguretta Hernandez v. Oldenkamp Trucking, Inc.<br>17C0260 | Civil | Kings County Superior Court<br>1640 Kings County Drive<br>Hanford, CA 93230 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24 | Strategic Funding v. J.N.D. Thomas, Inc.<br>19CECG01092 | Civil | Fresno County Superior Court<br>1130 O Street<br>Fresno, CA 93721 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

Debtor    __J.N.D. Thomas Company, Inc._____    Case number *(if known)* _____

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets -- Real and Personal Property).* | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Wanger Jones Helsley, PC 265 E. River Park Circle, Ste. 310 Fresno, CA 93720 | See attached | | |
| | **Email or website address** www.WJHAttorneys.com | | | |
| | **Who made the payment, if not debtor?** Dennis Thomas | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any payments of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

# United States Bankruptcy Court
Eastern District of California
Fresno Division

In re: JND Thomas Company, Inc.       Case No.
      Chapter 7

## Disclosure of Compensation of Attorney for Debtor
### (Wanger Jones Helsley)

1. Pursuant to 11 U.S.C. § 329 (a) and Bankruptcy Rule 2016 (b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy is shown below.

2. The source of the compensation paid to me was:
      [ X ] Debtor      [  ] Other

3. The source of compensation to be paid to me is:
      [ X ] Debtor      [  ] Other

4. I have not agreed to share the above-disclosed compensation with any other persons unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtors' financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of the petition, schedules and statement of affairs;
     c. Representation of the debtor at the initial meeting of the creditors and confirmation hearing;
     d. Services per engagement letter.

6. I have agreed that a reasonable fee for my services will not be less than the amount of time spent by my law firm, multiplied by the standard hourly rates in effect when the services are rendered.

7. As of the Petition Date, the Firm's standard hourly rates are $185.00 to $595.00 per hour for attorneys and $140.00 to $180.00 per hour for paraprofessionals.

8. The following payments were received in the past year:

| DATE OF PAYMENT | AMOUNT OF PAYMENT | AMOUNT OF PAYMENT APPLIED TO FEES | AMOUNT OF PAYMENT APPLIED TO COSTS |
|---|---|---|---|
| 3/26/20 | $360 | | $335 |
| | | | $25 |

# United States Bankruptcy Court
## Eastern District of California
## Fresno Division

In re: JND Thomas Company, Inc.          Case No.
      Chapter 7

### Disclosure of Compensation of Attorney for Debtor

9.   The above fees were related to services rendered as follows:

     Bankruptcy Related           100%
     Non-Bankruptcy Related

10. The retainer on hand as of Petition Date was:   $0.00

11. Pertains to Wanger Jones Helsley PC.

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

Date:         3/30/20         *RCW*
                                   Riley C. Walter, Attorney for Debtors

Debtor    J.N.D. Thomas Company, Inc.                    Case number *(if known)*

---

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

### Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | 22052 W. Everett<br>Riverdale, CA 93656 | 19833- December 2017 |

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

Name of plan
The Simple IRA of J.N.D. Thomas Co., Inc.

Employer identification number of the plan
EIN:   94-2860032

Has the plan been terminated?
☐ No
■ Yes

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    J.N.D. Thomas Company, Inc.       Case number *(if known)* _____

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **J.N.D. Thomas Company, Inc.**                                    Case number *(if known)* _____

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Debtor** | **last 8 years** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Dennis Thomas**<br>**2117 S. Crenshaw Court**<br>**Visalia, CA 93277** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

**27. Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Debtor | J.N.D. Thomas Company, Inc. | Case number (if known) |
|---|---|---|

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dennis Thomas | 2117 S. Crenshaw Court Visalia, CA 93277 | President | Shareholder 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Julie Thomas | 2117 S. Crenshaw Court Visalia, CA 93277 | Secretary | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
☒ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| See SA #17 | EIN: |

Debtor      J.N.D. Thomas Company, Inc.                          Case number *(if known)*

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      3/24/20

_____            **Dennis Anthony Thomas**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor      **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **10**

# United States Bankruptcy Court
## Eastern District of California

In re  __J.N.D. Thomas Company, Inc._____

                               Debtor(s)

Case No. _____

Chapter    __7_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __J.N.D. Thomas Company, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

Date         3/30/20

Riley C. Walter 91839
Signature of Attorney or Litigant
Counsel for  J.N.D. Thomas Company, Inc.
Wanger Jones Helsley
265 E. River Park Circle, Ste. 310
Fresno, CA 93720-1563
(559) 233-4800 Fax:(559) 435-9868
rwalter@wjhattorneys.com